United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO BENITO CHANG, | No. C-09-1607 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO UNIVERSITY, | |
| Defendant. / | |

The hearing date for defendant's motion to dismiss, filed and served on June 23, 2009, is hereby CONTINUED from July 24, 2009 to July 31, 2009. See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion").

**IT IS SO ORDERED.**

Dated: June 24, 2009

MAXINE M. CHESNEY
United States District Judge