**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   GERARDO BENITO CHANG,                    No. C-09-1607 MMC
12            Plaintiff,                       **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
13      v.
14   THE CALIFORNIA STATE UNIVERSITY,
     SAN FRANCISCO STATE UNIVERSITY,
15            Defendant.
16   _____/
17
18        In light of the Court's order dismissing plaintiff's complaint with leave to amend by

August 28, 2009, the Case Management Conference currently scheduled for July 31, 2009

19   is hereby CONTINUED to October 16, 2009.  A Joint Case Management Conference
20   Statement shall be filed no later than October 9, 2009.
21        **IT IS SO ORDERED.**
22
23   Dated:  July 28, 2009
24                                            _____
                                             MAXINE M. CHESNEY
25                                           United States District Judge
26
27
28