IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARDO BENITO CHANG,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,

    Defendants.

No. C 09-1607 MMC

**ORDER TO SHOW CAUSE**

On October 16, 2009, the parties failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Instead, on October 14, 2009, the parties filed an untimely, see Civil L.R. 6-1(b), stipulation to continue the Conference, which filing was deficient for the additional reason that it was wholly devoid of any showing as to good cause, see Civil L.R. 6-2(a). Consequently, the Court did not approve the stipulation and the parties were required to appear as previously ordered. See Civil L.R. 6-1(b), 6-2(b).[1]

Accordingly, plaintiff and counsel for defendant are each hereby ordered to show cause, in writing, and filed with the Court no later than October 30, 2009, why sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: October 16, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Additionally, at the Court's request, as a courtesy, the Clerk of the Court contacted the parties in advance of the Conference and informed them by voicemail that their stipulation was not approved.