EDMUND G. BROWN JR.
Attorney General of California
KAY K. YU
Deputy Attorney General
State Bar No. 142479
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5593
Fax: (415) 703-5480
E-mail: Kay.Yu@doj.ca.gov
*Attorneys for Defendant Board of Trustee of the California State University*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**GERARDO BENITO CHANG,**

PLAINTIFF,

**V.**

**THE CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO UNIVERSITY AND DOES 1 TO 10,**

Defendants.

C 09-1607-EMC

**REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

Action Filed: April 13, 2009

On February 4, 2010, Magistrate Judge Bernard Zimmerman ordered the case to settlement conference for February 25, 2010. However, no discovery has been completed by either party.

The first case management conference was held on January 29, 2010 wherein Judge Chesney set the case for trial for January 18, 2011. Discovery cut off is set for August 6, 2010. Defendant needs complete some discovery before a meaningful settlement conference can be held. At this time, defendant and plaintiff have no facts upon to base any settlement discussion.

For these reasons, defendant Board of Trustee of the California State University, respectfully request that the settlement conference be continued until July, 2010.

Dated: February 4, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

/s/
KAY K. YU
Deputy Attorney General
*Attorneys for Defendant Board of Trustee of the California State University*

SF2009403757

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Bernard Zimmerman

DATED: February 11, 2010

REQUEST DENIED.
The Settlement Conference will go forward.