UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERARDO B. CHANG,

        Plaintiff,

  v.

CA STATE UNIVERSITY et al,

        Defendant.

Case Number: CV09-01607 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER DENYING REQUEST TO CONTINUE SETTLEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerardo Benito Chang
P.O. Box 27372
San Francisco, CA 94127

Dated: February 11, 2010

                                    Richard W. Wieking, Clerk
                                    By: Rose Maher, Deputy Clerk

                                    *Rose Maher*