United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARDO BENITO CHANG,

Plaintiff,

v.

THE CALIFORNIA STATE UNIVERSITY, SAN FRANCISCO STATE UNIVERSITY,

Defendant

________________________________________/

No. C 09-1607 MMC

**ORDER OF DISMISSAL**

The parties having reached a settlement of the above-titled action at the settlement conference conducted February 25, 2010,

IT IS HEREBY ORDERED that plaintiff's claims alleged herein against defendant be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: February 26, 2010

MAXINE M. CHESNEY
United States District Judge